STATE OF CONNECTICUT *v.* ANTHONY MORASCINI

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 758 (AC 20240), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Robert G. Golger*, special public defender, in support of the petition.

Decided May 30, 2001

STATE OF CONNECTICUT *v.* WILLIAM VALEDON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 62 Conn. App. 824 (AC 20383), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant was denied his right of allocution prior to his sentencing on this violation of probation?"

ZARELLA, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16533.

*Joy K. Fausey*, deputy assistant state's attorney, in support of the petition.

Decided May 30, 2001